NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDDIE O'NEAL GARNER, DOC #990411,  )
                                   )
            Appellant,             )
                                   )
v.                                 )      Case No. 2D18-2131
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)


Opinion filed March 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Polk County; Jalal Harb, Judge.



PER CURIAM.


            Affirmed.


NORTHCUTT, LUCAS, and BADALAMENTI, JJ., Concur.